IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YORDANO ORLANDO OVA FERNANDEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-1325-KC |
| REGIONAL DIRECTOR OF ICE, et al., | § § § | |
| Respondents. | § § § | |

## ORDER

On this day, the Court considered the case. On May 8, 2026, Yordano Orlando Ova Fernandez, a citizen of Cuba subject to a final order of removal, filed a Petition for Writ of Habeas Corpus, ECF No. 3. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 7, in opposition to Ova Fernandez's Petition.

Respondents argue that Ova Fernandez's continued detention is lawful because his "removal is, in fact, significantly likely in the reasonably foreseeable future." Resp. 3. In support, they attach the Declaration of Supervisory Detention and Deportation Officer Elizabeth Urquidi ("Urquidi Decl."), ECF No. 7-1. According to Urquidi, Cuba has denied Ova Fernandez repatriation. Urquidi Decl. ¶ 10. On January 29, 2026, Enforcement and Removal Operations ("ERO") attempted to remove Ova Fernandez to Mexico, but he refused to consent. *Id.* ¶ 6(a). On March 5, another attempt was made, and Ova Fernandez again refused to consent to be removed to Mexico. *Id.* ¶ 6(c). At that point, "the Government of Mexico advised ERO [that] they are no longer accepting failure to comply cases for removal." *Id.* Nevertheless, on May 6, ERO again attempted to remove Ova Fernandez to Mexico, and Ova Fernandez again refused to

give his consent. *Id.* ¶ 6(e). "ICE HQ RIO has been actively working on removal to a third country other than Mexico," "[b]ut there are no updates currently." *Id.* ¶ 9.

Given that Ova Fernandez has not yet been detained for six months since his removal order became final, *see* Urquidi Decl. ¶ 4, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than June 10, 2026**, detailing the following:

(1) whether Respondents have identified any other third countries, besides Mexico, for Ova Fernandez's removal, and if not, the anticipated timeline for identification;

(2) if Respondents have identified another third country for Ova Fernandez's removal, whether Respondents have submitted travel documents to that country on Ova Fernandez's behalf, and if not, the anticipated timeline for submission;

(3) whether Ova Fernandez has now consented to be removed to Mexico; and

(4) the anticipated timeline for Ova Fernandez's removal.

**SO ORDERED**.

**SIGNED this 28th day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2